**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1981

JANICE FONTELL,

             Plaintiff - Appellant,

       v.

MCGEO UFCW LOCAL 1994; MONTGOMERY COUNTY GOVERNMENT,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander Williams, Jr., District
Judge.  (8:09-cv-02526-AW)

Submitted:  January 11, 2011        Decided:  February 14, 2011

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janice Fontell, Appellant Pro Se.  Lauren Danielle Adkins, Carey
Robert Butsavage, BUTSAVAGE & ASSOCIATES, P.C., Washington,
D.C.; Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Fontell appeals the district court's orders denying her motions to appoint counsel, for leave to file a second amended complaint, and to join additional parties, and denying relief on her breach of duty of fair representation claim and claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010) and 42 U.S.C. §§ 1981, 1983, 1985 (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. Fontell v. MCGEO UFCW Local 1994, No. 8:09-cv-02526-AW (D. Md. Aug. 5, 2010).  Consequently, we deny Fontell's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED